**Order entered December 13, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00524-CR

**JOSE ALBERTO CASTILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-18492-T**

## ORDER

Before the Court is appellant's December 8, 2017 second motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief received December 12, 2017 filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE